UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Environmental Law & Policy Center, et al.,

        Plaintiff(s),

v.              Case No. 1:18–cv–12626–TLL–PTM
              Hon. Thomas L. Ludington

United States Coast Guard, et al.,

         Defendant(s),

### NOTICE OF DETERMINATION OF MOTION WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

  Motion to Intervene – #12

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Thomas L. Ludington *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

            By: s/K Winslow
              Case Manager

Dated:   October 26, 2018