# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ENVIRONMENTAL LAW & POLICY CENTER and NATIONAL WILDLIFE FEDERATION<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES COAST GUARD, REAR ADMIRAL JOANNA N. NUNAN, in her official capacity as the Ninth Coast Guard District Commander,<br><br>Defendants,<br><br>ENBRIDGE ENERGY, LIMITED PARTNERSHIP<br><br>Defendant-Intervenor. | No. 1:18-cv-12626-TLL-PTM |

## STIPULATION FOR STAY OF LIGTATION DUE TO LAPSE OF APPROPRIATIONS

In accordance with E. D. Mich. LR 7.1(a)(1), Plaintiffs, the Environmental Law & Policy Center and the National Wildlife Federation (collectively "ELPC"), Federal Defendants the United States Coast Guard and Rear Admiral Nunan (collectively, "Coast Guard"), and Defendant-Intervenor Enbridge Energy, Limited Partnership ("Enbridge") (collectively "Parties"), by and through their undersigned counsel, submit this stipulation for a stay of the litigation in the above-captioned case due to lapse of appropriations. The stay will affect the deadlines set forth in

the Scheduling Order for Administrative Review, ECF No. 19, including the dates in which ELPC is to informally raise with the Coast Guard any disputes regarding the completeness of the administrative record or the need to supplement the record, the filing of any motions regarding the record, and the filing of motions for summary judgment.

In support of this Stipulation, the Parties assert the following:

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the United States Department of Justice expired and appropriations to the Department lapsed. The same is true for the Department of Homeland Security and its underlying agencies, including the United States Coast Guard.  The Coast Guard is the federal agency that the Department of Justice is representing in this matter.

2. Absent an appropriation, Department of Justice attorneys and employees of the Coast Guard are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Counsel for the Department of Justice therefore requests a stay of the litigation until after Congress has restored appropriations to the Department of Justice and the Department of Homeland Security.

4. If the requested stay is granted, the undersigned counsel for Department of Justice will notify the Court promptly after Congress has appropriated funds for the Department. At that point, the Parties will file a stipulation, or the Coast Guard will file a motion, to lift the stay and include a calculation of new deadlines for those set forth in the Scheduling Order, ECF No. 19.

5. ELPC joins this stipulation but states that ELPC remains very concerned about the risk of an oil spill in the area covered by the Northern Michigan Area Contingency Plan challenged in this case, and the inadequacy of a response under that plan, yet recognizes that in light of the lapse in government appropriations and the Department of Justice and Coast Guard furloughs, it will not be possible for the government to comply with the existing scheduling order.

6. Enbridge does not oppose the requested stay of litigation.

Therefore, although the federal government greatly regrets any disruption caused to the Court and the other litigants, and for the good-cause described herein, the Parties agree that the litigation in this case be stayed until after Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,   /s/ Alan D. Greenberg_____
ALAN D. GREENBERG
Environmental Defense Section
U.S. Department of Justice
Environment & Natural Resources Division

      999 18th St., Suite 370
      Denver, Colorado 80202
      Telephone: 303-844-1366
      E-mail: alan.greenberg@usdoj.gov

      MATTHEW SCHNEIDER
      United States Attorney

      *s/Lynn M. Dodge*
      LYNN M. DODGE (P38136)
      Assistant U.S. Attorney
      211 W. Fort Street, Suite 2001
      Detroit, MI 48226
      (313) 226-0205
      lynn.dodge@usdoj.gov
      *Attorneys for Federal Defendants U.S. Coast*
      *Guard and Rear Admiral Joanna N. Nunan*


      /s/ Margrethe Kearney
      Margrethe Kearney
      Environmental Law & Policy Center
      1514 Wealthy St. SE
      Grand Rapids, Michigan 49506
      (773) 726-8701
      mkearney@elpc.org
      P80402

      Howard A. Learner
      Andrene Dabaghi
      Environmental Law & Policy Center
      35 East Wacker Drive, Suite 1600
      Chicago, Illinois 60601
      (312) 673-6500
      HLearner@elpc.org
      ADabaghi@elpc.org
      *Attorneys for Plaintiffs*
      *Environmental Law & Policy Center and National*
      *Wildlife Federation*

/s/ David H. Coburn
David H. Coburn (DC #241901)
Joshua Runyan (DC #977664)
**Steptoe & Johnson LLP**
1330 Connecticut Ave., NW
Washington, D.C. 20036
Telephone: (202) 429-8063
Facsimile: (202) 429-3902
dcoburn@steptoe.com
jrunyan@steptoe.com

PHILLIP J. DEROSIER (P55595)
**DICKINSON WRIGHT PLLC**
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Telephone: (313) 223-3866
Facsimile: (313) 223-3598
PDEROSIER@dickinsonwright.com
*Attorneys for Enbridge Energy, Limited Partnership*

January 15, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| ENVIRONMENTAL LAW & POLICY CENTER and NATIONAL WILDLIFE FEDERATION,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES COAST GUARD, REAR ADMIRAL JOANNA M. NUNAN, in her official capacity as the Ninth Coast Guard District Commander,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:18-cv-12626-TLL-PTM |

## **ORDER FOR STAY**

Based on the stipulation of the parties, Plaintiffs Environmental Law & Policy Center and the National Wildlife Federation (collectively "ELPC"), Defendants United States Coast Guard and Rear Admiral Nunan (collectively, "Coast Guard"), and Intervenor Enbridge Energy, Limited Partnership ("Enbridge"), the Court HEREBY ORDERS that:

This case is stayed until after Congress has restored appropriations to the U.S. Department of Justice and the U.S. Department of Homeland Security.

Promptly after restoration of appropriations by Congress to the Department of Justice, the Parties shall file a stipulation, or the Coast Guard shall file a motion, to lift the stay and include a calculation of new deadlines for those set forth in the Scheduling Order, ECF No. 19.

SO ORDERED.

s/Thomas L. Ludington<br>THOMAS L. LUDINGTON<br>United States District Judge

Dated: January 22, 2019