UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Environmental Law & Policy Center, et al.,

                    Plaintiff(s),

v.                                      Case No. 1:18−cv−12626−TLL−PTM
                                         Hon. Thomas L. Ludington

United States Coast Guard, et al.,

                    Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Thomas L. Ludington at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan.  The following motion(s) are scheduled for hearing:

Motion for Summary Judgment − #37

- MOTION HEARING:  January 7, 2020 at 04:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                            By: s/K Winslow
                                                                Case Manager

Dated:  July 8, 2019